JOHN A. GODFREY, Appellant, *v.* WILLIAM MOSER, Respondent.

(Argued February 1, 1876 ; decided February 8, 1876.)

REPORTED below, 3 Hun, 218.

*A. J. Requier* for the appellant.

*S. W. Fullerton* for the respondent.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.

---

HENRY E. P. SUTTON, Appellant, *v.* GEORGE T. M. DAVIS, Executor, etc., Respondent.

(Argued February 1, 1876; decided February 8, 1876.)

THIS was an appeal from an order of General Term affirm. ing an order of Special Term denying a motion on the part of plaintiff to attach defendant for alleged contempt.

The alleged contempt was in the neglect to obey a decree herein requiring defendant to pay over to plaintiff a certain portion of the estate in his hands, and a certain sum for funeral expenses paid.  The motion was denied, for the reason that the amount defendant was to pay over, was not specifically or definitely stated, and for the purpose of ascertaining the amount an accounting was directed.  *Held,* that the order, both that portion refusing to punish for the alleged contempt and that directing a reference, was within the discretion of the court, and so not reviewable here; that the latter portion was not a vacation or modification of the decree.

*A. J. Requier* for the appellant.

*Moses Ely* for the respondent.

*Per Curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.